IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CANDACE POWELL, JAY GREEN, <br> PAULA HERRINGTON, DAVID ISHEE, <br> DR. BRYCE DALLAS, <br> THERESE CLARKE, BRIAN MATHEWS | PLAINTIFFS |
| VS. | CAUSE NO. 3:05cv196-HTW-JCS |
| HOWARD WILSON KIA, <br> BOBBY KAIZER, BRIAN WILLIAMS, <br> ART PORTER, JED SIMENSON, <br> DOUG WILSON, <br> OFFICER HALL OF FLOWOOD <br> POLICE DEPARTMENT, <br> BROCK BULLOCK, JAMES GIBBS | DEFENDANTS |

## ORDER OF DISMISSAL

PURSUANT TO a stipulation of dismissal filed by Plaintiffs and Wilson Dodge, Inc. (improperly sued as Howard Wilson Kia), Bobby Kaizer, Brian Williams, Jed Simenson and Doug Wilson, with the Clerk of the Court in Civil Action No. 3:05cv196, the Court holds that the Plaintiffs' claims in their entirety should be dismissed with prejudice, with each of the parties bearing their own costs.

IT IS, THEREFORE, ORDERED that this entire cause be, and the claims of all Plaintiffs against all Defendants are hereby, dismissed with prejudice, with each party to bear their own costs.

SO ORDERED this the 27th day of February, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

S85-112778:lpe